No. 1465, Misc. LEVY v. ORR ET AL. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 1467, Misc. WOOD v. CALIFORNIA. Appeal from App. Dept., Super. Ct. Cal., County of Orange, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 1587, Misc. NETTLES v. ILLINOIS. Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 1590, Misc. MURRAY v. MURRAY. Appeal from Sup. Ct. Ohio dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 1612. HARDER, COMMISSIONER OF WELFARE OF CONNECTICUT v. DOE ET AL. Appeal from D. C. Conn. Motion of appellees for leave to proceed *in forma pauperis* granted. Appeal dismissed for want of jurisdiction.

No. ——. PITCHER v. LAIRD, SECRETARY OF DEFENSE, ET AL. C. A. 5th Cir. Application for stay of deployment, granted by MR. JUSTICE BLACK until action by the full Court, denied as moot.

No. ——. CLAY, AKA ALI v. UNITED STATES. C. A. 5th Cir. Application for modification of bail order presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this application.